AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

E-filing

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ LEONARD B. AUERBACH

**DISTRICT COURT NUMBER**

CR08-367 DLJ

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
                   ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   ANDREW S. HUANG, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

LEONARD B. AUERBACH,
PENALTY SHEET ATTACHMENT

VIOLATIONS:

COUNTS 1 & 2:   18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places;  18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct;

COUNT 3:   18 U.S.C. § 2251(c) – Production of Child Pornography;

COUNT 4:   18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;

PENALTIES:

COUNTS 1&2:   30 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution

COUNT 3:   30 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution

COUNT 4:   10 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR08-367 DLJ

FILED
2008 JUN -4 AM 11: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

E-filing

V.

LEONARD B. AUERBACH,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. § 2251(c) – Production of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2428 – Forfeiture; 18 U.S.C. § 2253 – Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this ___4TH___ day of

JUNE 2008

_____ Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil   6-4-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION
11 | UNITED STATES OF AMERICA,           )  CR 08-367 DLJ
                                         )
12 |     Plaintiff,                      )
                                         )  VIOLATIONS: 18 U.S.C. § 2423(c) –
13 |                                     )  Engaging in Illicit Sexual Conduct in
                                         )  Foreign Places; 18 U.S.C. § 2423(b) –
         v.                              )  Travel with Intent to Engage in Illicit Sexual
14 |                                     )  Conduct; 18 U.S.C. § 2251(c) – Production
   LEONARD B. AUERBACH,                  )  of Child Pornography; 18 U.S.C. §
15 |                                     )  2252(a)(4)(B) – Possession of Child
         Defendant.                      )  Pornography; 18 U.S.C. § 2428 – Forfeiture;
16 |                                     )  18 U.S.C. § 2253 – Forfeiture
                                         )
17 |_____)  OAKLAND VENUE

18                              I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE: (18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places)

21       Beginning at a time unknown to the Grand Jury, but no later than on or about September

22  22, 2004, and continuing to at least on or about April 9, 2007, in the Northern District of

23  California and elsewhere, the defendant,

24                          LEONARD B. AUERBACH,

25  a citizen of the United States, did travel in foreign commerce and did knowingly engage with

26  another person in illicit sexual conduct, as that term is defined in 18 U.S.C. §§ 2423(f) and 2246,

27  all in violation of Title 18, United States Code, Section 2423(c).

28  //

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct)
2          Beginning at a time unknown to the Grand Jury, but no later than on or about September
3  22, 2004, and continuing to at least on or about April 9, 2007, in the Northern District of
4  California and elsewhere, the defendant,
5                          LEONARD B. AUERBACH,
6  a citizen of the United States, did travel in foreign commerce for the purpose of engaging with
7  another person in illicit sexual conduct, as that term is defined in 18 U.S.C. §§ 2423(f) and 2246,
8  all in violation of Title 18, United States Code, Section 2423(b).
9
10 COUNT THREE: (18 U.S.C. § 2251(c) – Production of Child Pornography)
11         Beginning at a time unknown to the Grand Jury, but no later than on or about September
12 22, 2004, and continuing to at least on or about April 9, 2007, the defendant,
13                         LEONARD B. AUERBACH,
14 did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit
15 conduct outside of the United States, its territories and possessions, for the purpose of producing
16 any visual depiction of such conduct, and did transport and did intend to be transported such
17 visual depiction to the United States, its territories and possessions, by any means, including by
18 computer and mail, all in violation of Title 18, United States Code, Section 2251(c).
19
20 COUNT FOUR: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)
21         On or about August 6, 2007, in the Northern District of California, the defendant,
22                         LEONARD B. AUERBACH,
23 did knowingly possess matters which contained visual depictions that had been shipped and
24 transported in interstate and foreign commerce, by any means including by computer, and which
25 were produced using materials that had been transported and shipped in interstate and foreign
26 commerce, by any means including by computer, knowing that the producing of such visual
27 depictions involved the use of a minor engaging in sexually explicit conduct and that such visual
28 depictions were of such conduct, all in violation of Title 18, United States Code, Section

INDICTMENT

1  2252(a)(4)(B).

FORFEITURE ALLEGATION ONE: (18 U.S.C. § 2428 – Criminal Forfeiture)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant,

LEONARD B. AUERBACH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all property, real and personal, used and intended to be used to commit and facilitate the commission of the offenses of conviction, including but not limited to the following:

  a. $540,000, constituting and derived from proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

  b. 120 GB hard drive (seized by the government on August 6, 2007);

  c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

  d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007); and

  e. 512 MB PNY brand flash drive (seized by the government on August 6, 2007).

FORFEITURE ALLEGATION TWO: (18 U.S.C. § 2253 – Criminal Forfeiture)

Upon conviction of the offenses alleged in Counts Three and Four of this Indictment, the defendant,

LEONARD B. AUERBACH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code Section 2252, and all property, real and personal, used and intended to be used to commit and promote the commission of the offenses of conviction and any property traceable to such property, including but not limited to the following:

  a. $540,000, constituting and derived from proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

INDICTMENT

b. 120 GB hard drive (seized by the government on August 6, 2007);

c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007);

e. 512 MB PNY brand flash drive (seized by the government on August 6, 2007); and

f. Any other property that the government seized from defendant's home in Orinda, California on August 6, 2007 that has been determined to constitute or contain sexually explicit images of minors, including any computers or computer storage devices.

DATED: 6-4-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. Douglas Sprague
Chief, Oakland Branch

(Approved as to form: _____ )
                      AUSA HUANG

INDICTMENT

AO 257 (Rev. 6/78)

*AMENDED*

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

--- DEFENDANT - U.S. ---
▶ LEONARD B. AUERBACH

DISTRICT COURT NUMBER
CR-08-0367 DLJ

**FILED**
AUG - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) ANDREW S. HUANG, AUSA

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

LEONARD B. AUERBACH,<br>
PENALTY SHEET ATTACHMENT

**VIOLATIONS:**

| | |
|---|---|
| COUNTS 1 & 2: | 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places;  18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; |
| COUNT 3: | 18 U.S.C. § 2251(c) – Production of Child Pornography; |
| COUNT 4: | 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; |

**PENALTIES:**

| | |
|---|---|
| COUNTS 1&2: | 30 years maximum prison sentence; $250,000 maximum fine; Lifetime maximum supervised release term (5 yrs. Mandatory minimum); $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution |
| COUNT 3: | 30 years maximum prison sentence (15 yrs. Mandatory minimum); $250,000 maximum fine; Lifetime maximum supervised release term (5 yrs. Mandatory minimum); $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution |
| COUNT 4: | 10 years maximum prison sentence; $250,000 maximum fine; Lifetime maximum supervised release term (5 yrs. Mandatory minimum); $100 special assessment; Registration as Sex Offender |