301 N. Miami Ave
Miami, Florida 33128
305-523-5280



**TO:**     FEDERAL BUILDING AND UNITED STATES
       COURTHOUSE, STE. 400 SOUTH
    1301 CLAY STREET
    **OAKLAND, CA 94612-5212**

**RE:**     USA VS. AUERBACH

    OUR CASE NUMBER - 08-2792-WHITE
    YOUR CASE NUMBER -CR08-367 DLJ

**DATE:**     06/26/08

========================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
        (Rule 40, 18:3653)

Please find enclosed the following documents:

    __x__    Original file

    _____    Certified File (pertinent papers only)

    _____    Magistrate Proceedings

    _____    CASH Bond  Amount $_____
        (Note:  Cash is not included in this transmittal and will
        be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely,


By_COLETTE FARRINGTON_
    Deputy Clerk

# COURT MINUTES

**U.S. MAGISTRATE JUDGE** PATRICK A. WHITE — **COURTROOM** IX

**DATE:** 06/16/08   **TIME:** 1:30PM   **PAGE:** 6

**DEFT:** LEONARD B. AUERBACH (J)80616-004   **CASE NO:** 08-2792-WHITE

**AUSA:** Marcus Christian   **ATTY:** Marc Seittles - Temp

**AGENT** ICE   **VIOL:** IND/N/D/CALIF-PROD/POSS CHILD PORNOGRAPHY

**PROCEEDING:** INITIAL APPEARANCE   **RECOMMENDED BOND:**

**BOND/PTD CONTESTED HRG** - yes / no   **CJA APPT:**

**BOND SET @:**   To be cosigned by:
**INTERPRETER:** none

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

**Disposition:**

Stip PTD w/right to revisit

Waived Removal.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| --- | --- | --- | --- | --- |

**REPORT RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**
**STATUS CONFERENCE**
**TAPE No.** 08-B-14   **Begin:** 1585 ɸ 3268   **TIME IN COURT:** 5 minutes

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2792-WHITE

UNITED STATES OF AMERICA

v.                                              **WARRANT OF REMOVAL**

LEONARD B. AUERBACH                             #80616-004

A(n) ___ Complaint

__X__ Indictment

_____ Information

_____ Probation Violation Warrant

_____ Bench Warrant

having been filed in the Northern District of California charging the above named defendant with Production/Possession of Child Pornography, and the defendant having

_____ surrendered

__X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__X__ waived further hearing

_____ been given a hearing in accordance with **Fed.R.Crim.P. 40**.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 16TH day of JUNE, 2008.

TAPE NO. 08B-14-1585 & 3268

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

 

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
    Plaintiff
- vs
AUERBACH, Leonard
    Defendant

CASE NUMBER: CR: 08-2792-White

REPORT COMMENCING CRIMINAL ACTION

80616-004
USMS NUMBER

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT           (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE    N/A.

(1) DATE AND TIME OF ARREST: 6/13/08  1200 hrs  AM___ PM ✓

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: 18 2423 Child Sex Tourism.

(4) DATE OF BIRTH: 09/19/1946

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   (✓) INDICTMENT                ( ) COMPLAINT TO BE FILED/ALREADY FILED
   ( ) BENCH WARRANT FOR FAILURE TO APPEAR
   ( ) PROBATION VIOLATION WARRANT
   ( ) PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE: 6/13/08   (8) ARRESTING OFFICER: Special Agent Vicky Thompson

(8) AGENCY: U.S. Immigration & Customs Enforcement  (10) PHONE: 1800 XSECTOR

(11) COMMENTS: _____

SCANNED

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

E-filing

08-2792-White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 08-367 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; 18 U.S.C. § 2251(c) – Production of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2428 – Forfeiture; 18 U.S.C. § 2253 – Forfeiture |
| v. | ) |
| LEONARD B. AUERBACH, | ) |
| Defendant. | ) |
| | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places)

Beginning at a time unknown to the Grand Jury, but no later than on or about September 22, 2004, and continuing to at least on or about April 9, 2007, in the Northern District of California and elsewhere, the defendant,

LEONARD B. AUERBACH,

a citizen of the United States, did travel in foreign commerce and did knowingly engage with another person in illicit sexual conduct, as that term is defined in 18 U.S.C. §§ 2423(f) and 2246, all in violation of Title 18, United States Code, Section 2423(c).

//

SCANNED Document No.

INDICTMENT

1 | COUNT TWO: (18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct)
2 |     Beginning at a time unknown to the Grand Jury, but no later than on or about September
3 | 22, 2004, and continuing to at least on or about April 9, 2007, in the Northern District of
4 | California and elsewhere, the defendant,
5 |                   LEONARD B. AUERBACH,
6 | a citizen of the United States, did travel in foreign commerce for the purpose of engaging with
7 | another person in illicit sexual conduct, as that term is defined in 18 U.S.C. §§ 2423(f) and 2246,
8 | all in violation of Title 18, United States Code, Section 2423(b).
9 |
10 | COUNT THREE: (18 U.S.C. § 2251(c) - Production of Child Pornography)
11 |     Beginning at a time unknown to the Grand Jury, but no later than on or about September
12 | 22, 2004, and continuing to at least on or about April 9, 2007, the defendant,
13 |                   LEONARD B. AUERBACH,
14 | did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit
15 | conduct outside of the United States, its territories and possessions, for the purpose of producing
16 | any visual depiction of such conduct, and did transport and did intend to be transported such
17 | visual depiction to the United States, its territories and possessions, by any means, including by
18 | computer and mail, all in violation of Title 18, United States Code, Section 2251(c).
19 |
20 | COUNT FOUR: (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)
21 |     On or about August 6, 2007, in the Northern District of California, the defendant,
22 |                   LEONARD B. AUERBACH,
23 | did knowingly possess matters which contained visual depictions that had been shipped and
24 | transported in interstate and foreign commerce, by any means including by computer, and which
25 | were produced using materials that had been transported and shipped in interstate and foreign
26 | commerce, by any means including by computer, knowing that the producing of such visual
27 | depictions involved the use of a minor engaging in sexually explicit conduct and that such visual
28 | depictions were of such conduct, all in violation of Title 18, United States Code, Section

INDICTMENT

2252(a)(4)(B).

FORFEITURE ALLEGATION ONE: (18 U.S.C. § 2428 – Criminal Forfeiture)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant,

LEONARD B AUERBACH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all property, real and personal, used and intended to be used to commit and facilitate the commission of the offenses of conviction, including but not limited to the following:

a. $540,000, constituting and derived from proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

b. 120 GB hard drive (seized by the government on August 6, 2007);

c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007); and

e. 512 MB PNY brand flash drive (seized by the government on August 6, 2007).

FORFEITURE ALLEGATION TWO: (18 U.S.C. § 2253 – Criminal Forfeiture)

Upon conviction of the offenses alleged in Counts Three and Four of this Indictment, the defendant,

LEONARD B. AUERBACH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code Section 2252, and all property, real and personal, used and intended to be used to commit and promote the commission of the offenses of conviction and any property traceable to such property, including but not limited to the following:

a. $540,000, constituting and derived from proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

INDICTMENT

b. 120 GB hard drive (seized by the government on August 6, 2007);

c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007);

e. 512 MB PNY brand flash drive (seized by the government on August 6, 2007); and

f. Any other property that the government seized from defendant's home in Orinda, California on August 6, 2007 that has been determined to constitute or contain sexually explicit images of minors, including any computers or computer storage devices.

DATED: 6-4-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. Douglas Sprague
Chief, Oakland Branch

(Approved as to form: _____)
AUSA HUANG

INDICTMENT

LEONARD B. AUERBACH,
PENALTY SHEET ATTACHMENT

### VIOLATIONS:

COUNTS 1 & 2:   18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places; 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct;

COUNT 3:   18 U.S.C. § 2251(c) – Production of Child Pornography;

COUNT 4:   18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;

### PENALTIES:

COUNTS 1&2:   30 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution

COUNT 3:   30 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender, Forfeiture and Restitution

COUNT 4:   10 years maximum prison sentence; $250,000 maximum fine; 5 years (lifetime maximum) supervised release term; $100 special assessment; Registration as Sex Offender

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2792-WHITE

UNITED STATES OF AMERICA

       Plaintiff,

v.

**LEONARD B. AUERBACH**

YOB:1946      (J)#80616-004
       Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA __Marcus Christian__     Language __ENGLISH__
Agent __ICE__     Tape No. __08B-14-1585 & 3268__

    The above-named defendant having been arrested on __06/13/08__ having appeared before the court for initial appearance **on** __06/16/08__ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. __Marc Seitles__ appeared as temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2008.

   *****The defendant waived removal hearing**

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am__, 2008.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__, 2008.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
               **Stip PTD**

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

SCANNED

## LEONARD B. AUERBACH

____a. Surrender all passports and travel document to the Pretrial Services Office and not to obtain any travel documents during the pendency of the case.
____b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone ; ____ as directed; <u>other</u>_____
____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew: _____
____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
      On Warrant _____
      After Hearing _____
If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.
  **DONE AND ORDERED** at <u>Miami, Florida</u> this ___<u>16TH</u>___ day of ___<u>JUNE</u>___, 2008.

                <u>s/Patrick A. White</u>_____
                **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
 Defense Counsel
 Pretrial Services/Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2792- White

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

LEONARD AUERBACH

COMES NOW __Marc Seitles__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with **the understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __Marc Seitles__

Counsel's Signature _____

Address __169 East Flagler St, Suite 1200__
__Miami, Fl__    ZIP CODE: __33130__

Telephone (__305__)__379-6667__   FLORIDA BAR NUMBER: __0178284__

Date: __6/15/08__



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-2792-WHITE

UNITED STATES OF AMERICA,

    Plaintiff,           **STIPULATED ORDER OF DETENTION**

vs.

LEONARD B. AUERBACK,

    Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

**DONE AND ORDERED** at Miami, Florida this  16TH  day of  JUNE , 2008.

TAPE NO: 08B-14-1585& 3268

                                                s/Patrick A. White
                                                **UNITED STATES MAGISTRATE JUDGE**

c:    AUSA
      Defense Counsel
      Pretrial Services
      U.S. Marshal



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-2792-WhiTe

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    **WAIVER OF REMOVAL HEARING**


        Defendant.

LEONARD AUERBACH /

I, Leonard Auerbach, Charged in a proceeding pending in the N D CALIF. and having been arrested in the Southern District of Florida and taken before **PATRICK A. WHITE**, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to                              , where the aforesaid charge is pending against me.

    **DONE** and **ORDERED** at Miami, Florida this _16_ day of ~~December~~ JUNE, 2008.

_____        _____
Witness                          Signature of Defendant
**PATRICK A. WHITE**
UNITED STATES MAGISTRATE JUDGE

SCANNED

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:08-mj-02792-PAW-1
# Internal Use Only

Case title: USA v. Auerbach

Date Filed: 06/16/2008
Date Terminated: 06/16/2008

Assigned to: Magistrate Judge Patrick A. White

**Defendant (1)**

Leonard B. Auerbach
*YOB: 1946*
*TERMINATED: 06/16/2008*

represented by Marc David Seitles
Marc D Seitles
169 E Flagler Street
Suite 1200
Miami, FL 33131
305-379-6667
Fax: 379-6668
Email: mseitles@seitleslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Date 6-19-08
SCANNED

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA represented by Marcus A. Christian
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9401
Fax: 530-7976
Email: marcus.a.christian@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2008 | 1 | Report Commencing Criminal Action as to Leonard B. Auerbach - DOB: \*\*/\*\*/1946 Prisoner #: 80616-004 (pf) (Entered: 06/18/2008) |
| 06/16/2008 | 2 | Copy of Indictment from the ND/California/Oakland Division as to Leonard B. Auerbach: (pf) (Entered: 06/18/2008) |
| 06/16/2008 | 3 | Order on Initial Appearance as to Leonard B. Auerbach for proceeding held on 6/16/2008. Tape #08B14-1585 & 3268. Signed by Magistrate Judge Patrick A. White on 6/16/08. (pf) (Entered: 06/18/2008) |
| 06/16/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Marc David |

| | | |
|---|---|---|
| | | Seitles appearing for Leonard B. Auerbach (pf) (Entered: 06/18/2008) |
| 06/16/2008 | ○5 | STIPULATED ORDER OF DETENTION as to Leonard B. Auerbach. Signed by Magistrate Judge Patrick A. White on 6/16/08. (pf) (Entered: 06/18/2008) |
| 06/16/2008 | ○6 | WAIVER of Rule 5(c)(3) Hearing by Leonard B. Auerbach (pf) (Entered: 06/18/2008) |
| 06/16/2008 | ○7 | WARRANT of Removal to District of ND/CALIFORNIA Issued as to Leonard B. Auerbach. (pf) (Entered: 06/18/2008) |
| 06/16/2008 | ○8 | Minute Entry for proceedings held before Magistrate Judge Patrick A. White: Initial Appearance as to Leonard B. Auerbach held on 6/16/2008 (Tape #08B14-1585 & 3268.) (pf) (Entered: 06/18/2008) |