SEALED BY ORDER OF THE COURT [struck through]

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: andrew.huang@usdoj.gov

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0367 DLJ |
| Plaintiff, ) | |
| ) | UNITED STATES' MOTION TO UNSEAL |
| v. ) | SEARCH WARRANTS AND |
| ) | [PROPOSED] ORDER |
| LEONARD B. AUERBACH, ) | |
| Defendant. ) | |

    The United States hereby moves the Court for an order unsealing all Applications and Affidavits for Search Warrant, Search Warrants, and all attachments thereto, relating to this case. Specifically, the government obtained search warrants for the defendant's residence (No. 4:07-70464 WDB) and e-mail account (No. 3:07-70490) on August 3, 2007 and August 17, 2007, respectively. At the time the search warrants were sought, the government sought and obtained sealing orders based on the sensitivities of the ongoing federal investigation at the time, including preservation of the confidentiality of the investigation and the well being of the minor victim identified therein. Because the defendant is the sole target of the investigation and to facilitate production of discovery to the defendant, unsealing the search warrants and related documents is appropriate and necessary at this time. The government has consulted with defense counsel who

UNITED STATES' MOT. UNSEAL & [PROPOSED] ORDER
No. CR 08-0367 DLJ

does not oppose this motion and supports the government's efforts to unseal the search warrant materials in order to provide them in discovery.

Dated: August 13, 2008

                          Respectfully submitted,

                          JOSEPH P. RUSSONIELLO
                          United States Attorney


                                  /s/
                          ANDREW S. HUANG
                          Assistant United States Attorney


## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, it is hereby ORDERED that the following shall be UNSEALED:

1. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 4:07-70464 WDB; and

2. Application and Affidavit for Search Warrant, Search Warrant, and all attachments thereto, No. 3:07-70490.

DATED: 8/14/08

                          Hon. JOSEPH C. SPERO
                          United States Magistrate Judge