1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD B. AUERBACH,<br><br>    Defendant. | No. CR 08-0367 DLJ<br><br>UNITED STATES' MOTION TO AMEND ORDER UNSEALING SEARCH WARRANTS AND [~~PROPOSED~~] AMENDED ORDER |

The United States hereby moves the Court for an order amending the Court's Order of August 14, 2008 unsealing all Applications and Affidavits for Search Warrant, Search Warrants, and all attachments thereto (collectively, "Search Warrant Documents"), relating to this case. Specifically, the United States requests that the Court order that Search Warrant Documents for the defendant's residence (No. 4:07-70464 WDB) and e-mail account (No. 3:07-70490), which were issued on August 3, 2007 and August 17, 2007, respectively, be unsealed for the sole purpose of allowing the government to copy the Search Warrant Documents and that the government may redact sensitive information from these documents and provide the redacted copies to the defendant in discovery. Defense counsel Paul Wolf has stated that he has no opposition to this motion.

UNITED STATES' MOT. AMEND ORD. UNSEALING SEARCH WARRANTS
& [PROPOSED] AMENDED ORDER
No. CR 08-0367 DLJ

1   The United States previously moved the Court for a general unsealing order on August
2   13, 2008. On August 14, 2008, the Court signed an unsealing order and filed it with the Clerk of
3   the Court. The Search Warrant Documents, however, contain sensitive information including the
4   name and contact information of the minor victim of criminal sexual offenses. The government,
5   therefore, seeks an amended order to have the Search Warrant Documents unsealed for the sole
6   purpose of allowing the government to copy the documents and to permit the government to
7   redact sensitive information (as agreed upon by the parties) and provide redacted copies of the
8   redacted Search Warrant Documents to the defense for discovery purposes.

9   DATED:     August 15, 2008           Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         ANDREW S. HUANG
                                         Assistant United States Attorney

UNITED STATES' MOT. AMEND ORD. UNSEALING SEARCH WARRANTS
& [PROPOSED] AMENDED ORDER
No. CR 08-0367 DLJ

1
2                    [PROPOSED] AMENDED ORDER
3        Based upon the motion of the government and for good cause shown, the Court's Order
4  of August 14, 2008 to unseal documents it is hereby AMENDED and it is hereby ORDERED
5  that the Application and Affidavit for Search Warrant, Search Warrant, and all attachments
6  thereto, No. 4:07-70464 WDB, and Application and Affidavit for Search Warrant, Search
7  Warrant, and all attachments thereto, No. 3:07-70490, (collectively, "Search Warrant
8  Documents") be UNSEALED for the sole purpose of allowing the United States to make copies
9  of the Search Warrant Documents and that the Search Warrant Documents be RESEALED
10 thereafter. It is further ORDERED that the United States is PERMITTED to redact sensitive
11 information, as agreed upon by the parties, from the Search Warrant Documents and provide
12 redacted copies of these documents to the defendant for discovery purposes.
13
14 DATED: 8/15/88
                                              _____
15                                            Hon. JOSEPH C. SPERO
                                              United States Magistrate Judge
16
17
...
28

UNITED STATES' MOT. AMEND ORD. UNSEALING SEARCH WARRANTS
& [PROPOSED] AMENDED ORDER
No. CR 08-0367 DLJ