10AM
YC
E-FILING CASE

10am - 10:19am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/29/08

Case No: CR-08-00367-DLJ         Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO         Clerk: Frances Stone

Defendant(s):                                    Defense Counsel:
LEONARD B. AUERBACH   Present? Y   In Custody? Y   PAUL WOLF

US Attorney: ANDREW HUANG        Interpreter:        US Probation Officer:

Reason for Hearing:                              Ruling:
~~SETTING/STAT~~ CHANGE OF PLEA — HELD
GUILTY PLEA TO COUNT THREE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED

Notes: GOV MO TO DISMISS COUNTS 1, 2 AND 4 DEFERRED TO
SENTENCING DATE

Case continued to: 11/14/08 AT 10AM for SENTENCING

CC: PROBATION