UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


FILED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number           CR08-00177-01-DLJ
Defendant's Name      CAESAR RAHSAN AMMONS
Defendant's Counsel   Richard Tamor
Due Date              11/14/08 AT 10Am
                      1  Courtroom              Floor  4th

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

         XX          Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel                    RICHARD W. WIEKING, CLERK
✓ cc to Probation                  by: _Frances Stone_____
                                       Frances Stone , Deputy Clerk

                                   Dated: 8/29/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____
_____