UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number           CR-08-00367-01-DLJ
Defendant's Name      **LEONARD B. AUERBACH**
Defendant's Counsel   Paul Wolf
Due Date              11/14/08 at 10 AM
                      1  Courtroom           Floor 4th

~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~

**The Court has directed that a:**

         XX          Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                          RICHARD W. WIEKING, CLERK

✓cc to Counsel
✓cc to Probation          by: _Frances Stone_____
                              Frances Stone, Deputy Clerk

                          Dated: **8/29/08**

**US PROBATION OFFICE**~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____