UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 08-367 DLJ |
| ) | |
| Plaintiff, ) | PRELIMINARY **ORDER** OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| LEONARD B. AUERBACH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 25, 2008, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Leonard B. Auerbach shall forfeit to the United States all right, title and interest in:

a. $270,000 which represents defendant's share of proceeds from the sale of the his interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

b. 120 GB hard drive (seized by the government on August 6, 2007);

c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8  (seized by the government on August 6, 2007);

d. 1 GB PNY brand flash drive  (seized by the government on August 6, 2007);

e. 512 MB PNY brand flash drive  (seized by the government on August 6, 2007);

///

f.  Any other property that the government seized from defendant's home in Orinda, California on August 6, 2007 that has been determined to constitute or contain sexually explicit images of minors, including any computers or computer storage devices.

(hereinafter "subject property").

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this **24th** day of **September** 2008.

_____
D. LOWELL JENSEN
United States District Judge