10 Am VC
E-FILING CASE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTE ORDER

10:16 Am - 10:47 Am

FILED
NOV 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 11/14/08

Case No: CR -08-00367-DLJ      Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN       Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:
LEONARD B. AVERBACH   Present? Y   In Custody? Y       PAUL WOLF

US Attorney:           Interpreter:        US Probation Officer:
ANDREW HUANG                               SARA BLACK
                                           (FOR BRIAN CASAI)
                                           Ruling:

Reason for Hearing:
SENTENCING                                 - HELD

Notes: COUNT 3: DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 180 MONTHS. DEF PLACED ON SUPERVISED RELEASE FOR LIFE. COURT IMPOSES A FINE OF $200,000. COURT ORDERS RESTITUTION IN THE AMOUNT OF $100,000 TO THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN. COURT ORDERS RESTITUTION IN THE AMOUNT OF $78,000 TO THE MINOR VICTIM. COURT ORDERS $270,000 FROM THE SALE OF THE

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____ ; Opposition due _____
   Motions to be filed by _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial
Excludable Delay: Category ___ Begins: ___ Ends: ___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

PAGE TWO
CONTINUED PAGE

Date: 11/14/08

Case No: CR-08-00367-DLJ
Reporter: DIANE SKILLMAN
Judge: D. Lowell Jensen
Clerk: Frances Stone

Defendant(s): LEONARD B. AUERBACH   Present? Y   In Custody? Y
Defense Counsel: PAUL WOLF

US Attorney: ANDREW HUANG
Interpreter:
US Probation Officer: SARA BLACK (FOR BRIAN CASAI)

Reason for Hearing: SENTENCING

Ruling: COSTA RICA PROPERTY TO BE FORFEITED. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL. GOV MOTION TO DISMISS REMAINING COUNTS 1, 2 AND 4 IS GRANTED.

Notes:

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____; Opposition due _____
 Motions to be filed by _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: _____ Begins: _____ Ends: _____