UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-367 DLJ |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| LEONARD B. AUERBACH, | |
| Defendant. | |

On September 24, 2008, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in:

a. $270,000 of $540,000 constituting and derived from proceeds from the sale of the defendant's interest in Beautiful Beach House, Ltd., which owned and controlled a home located at the Hacienda Pinilla Beach resort in Costa Rica;

b. 120 GB hard drive (seized by the government on August 6, 2007);

c. Sony VAIO laptop computer with 80 GB hard drive and serial number J001WRA8 (seized by the government on August 6, 2007);

d. 1 GB PNY brand flash drive (seized by the government on August 6, 2007);

e. 512 MB PNY brand flash drive (seized by the government on August 6, 2007);

f. Any other property that the government seized from defendant's home in Orinda, California on August 6, 2007 that has been determined to constitute or contain sexually explicit images of minors, including any computers or computer storage devices

pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code, Section 2253.

1     The United States represents that it has complied with the publication and notice
2 requirements of the Preliminary Order and that no petitions have been filed.
3     THEREFORE, it is ordered that the above-described property shall be forfeited to the United
4 States, pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code,
5 Section 2253. All right, title, and interest in said property is vested in the United States of
6 America. The appropriate federal agency shall dispose of the forfeited property according to law.

7
8 Dated:                                       _____
9                                            D. LOWELL JENSEN
                                            United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] FINAL ORDER OF FORFEITURE                             2
CR 08-367 DLJ