1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 08-00367 DLJ |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD B. AUERBACH, | ) | |
| | ) | |
| Defendant. | ) | |

On September 24, 2008, the Court entered a Preliminary Order of Forfeiture forfeiting

the defendant's right, title, and interest in:

    a.  $270,000 of $540,000 constituting and derived from proceeds from the sale of the
defendant's interest in Beautiful Beach House, Ltd., which owned and controlled
a home located at the Hacienda Pinilla Beach resort in Costa Rica;

    b.  120 GB hard drive (seized by the government on August 6, 2007);

    c.  Sony VAIO laptop computer with 80 GB hard drive and serial number
J001WRA8  (seized by the government on August 6, 2007);

    d.  1 GB PNY brand flash drive  (seized by the government on August 6, 2007);

    e.  512 MB PNY brand flash drive  (seized by the government on August 6, 2007);

    f.  Any other property that the government seized from defendant's home in Orinda,
California on August 6, 2007 that has been determined to constitute or contain
sexually explicit images of minors, including any computers or computer storage
devices

pursuant to Title 18, United States Code, Section 2428 and Title 18, United States Code, Section

2253.

1    The United States represents that it has complied with the publication and notice

2    requirements of the Preliminary Order and that no petitions have been filed.

3    THEREFORE, it is ordered that the above-described property shall be forfeited to the United

4    States, pursuant to  Title 18, United States Code, Section 2428 and Title 18, United States Code,

5    Section 2253.  All right, title, and interest in said property is vested in the United States of

6    America.  The appropriate federal agency shall dispose of the forfeited property according to

7    law.

8    Dated: January 7, 2009

                                                        _____
9                                                        D. LOWELL JENSEN
                                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28