1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   STEPHEN L. JOHNSON (CABN 145771)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, 9th Floor
      San Francisco, CA 94102
7     Telephone:415-436-7161
      FAX:       415-436-7169
8     E-Mail: stephen.johnson1@usdoj.gov

9  Attorneys for Plaintiff

10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         OAKLAND DIVISION
14

15
   UNITED STATES OF AMERICA,          )      No. CR 08-367 DLJ
16                                     )
          Plaintiff,                   )
17                                     )      **ORDER APPROVING**
      v.                               )      **STIPULATION TO MODIFY**
18                                     )      **PAYMENT TERMS OF CRIMINAL**
   LEONARD B. AUERBACH,                )      **JUDGMENT**
19                                     )
          Defendant.                   )
20  _____)

21        The Court, having reviewed the Stipulation to Modify Payment Terms of Criminal

22  Judgment, filed on June 2, 2009, and good cause appearing, hereby APPROVES the stipulation.

23        **IT IS SO ORDERED.**

24

25  Dated: June 3, 2009                       _____
                                              D. LOWELL JENSEN
26                                            UNITED STATES DISTRICT JUDGE

27

28

   [PROPOSED] ORDER APPROVING
   STIPULATION TO MODIFY PAYMENT TERMS OF CRIMINAL JUDGMENT
   CR 08-367 DLJ