JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
STEPHEN L. JOHNSON (CABN 145771)
Assistant United States Attorneys

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415-436-7161
FAX:      415-436-7169
E-Mail: stephen.johnson1@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONARD B. AUERBACH,<br><br>    Defendant. | No. CR 08-367 DLJ<br><br>**ORDER APPROVING SECOND STIPULATION TO MODIFY PAYMENT TERMS OF CRIMINAL JUDGMENT** |

The Court, having reviewed the Second Stipulation to Modify Payment Terms of Criminal Judgment, filed on January 21, 2010, and good cause appearing, hereby APPROVES the stipulation.

**IT IS SO ORDERED.**

Dated: January 21, 2010

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING
STIPULATION TO MODIFY PAYMENT TERMS OF CRIMINAL JUDGMENT
CR 08-367 DLJ